Bankruptcy Law Office of Attorney Richard A. Check, S.C.
757 N Broadway, Suite 401
Milwaukee, WI 53202

Invoice for:
File No.:12-376
Daniel A. and Jane M. Paulus
913 Fredonia Avenue
Fredonia, WI 53021

## Chapter 13 Invoice

| Services Rendered | Hours | Fee |
|---|---|---|
| 5/30/12 Meeting with Attorney | 1.0 | No Charge |
| 5/30/12 Open New File Matter (Staff) | 1.0 | $115.00 |
| 5/30/12 Notes to File and to Staff (Attorney) | 0.5 | $150.00 |
| 6/31/12 Correspondence for Client (Staff) | 0.2 | $23.00 |
| 7/31/12 Meeting with Attorney (Attorney) | 1.0 | $300.00 |
| 7/31/12 Finish Preparing Schedules and Statement of Financial Affairs, Plan (Attorney) | 2.0 | $600.00 |
| 7/31/12 Type Schedules, Means Test, Statement of Financial Affairs (Staff) | 2.0 | $230.00 |
| 7/31/12 Attorney Review/Signing of Schedules (Attorney) | 0.5 | $150.00 |
| 7/31/12 Electronic Copy and Filing into Database Credit Counseling Certificate (Staff) | 0.2 | $23.00 |
| 7/31/12 Filed Chapter 13 Plan (Attorney) | 0.2 | $60.00 |
| 7/31/12 File Bankruptcy Case (Attorney) | 0.6 | $180.00 |
| 8/27/12 Review Claims 1-4 (Attorney) | 0.4 | $120.00 |
| 9/4/12 Review Claim 5and 6 (Attorney) | 0.2 | $60.00 |
| 9/13/12 Prepare File for 341 Hearing (Attorney) | 0.5 | $150.00 |
| 9/13/12 Represent Client at 341 Hearing (Attorney) | 1.0 | $300.00 |
| 9/13/12 Notes to File, Meet with paralegal (Attorney) | 0.3 | $90.00 |
| 9/21/12 Correspondences for Client (Staff) | 0.4 | $46.00 |
| 9/25/12 Meeting with Attorney (Attorney) | 1.0 | $300.00 |
| 9/26/12 Draft and File Amended Schedule I & J(Attorney) | 0.6 | $180.00 |
| 9/26/12 Draft and File Adversary case against Green Tree Servicing LLC (Attorney) | 0.6 | $180.00 |
| 10/2/12 Draft and File Amended Schedule I & J and Chapter 13 Statement (Attorney) | 0.4 | $120.00 |
| 10/15/12 Review Claim 7, 8 and 9 (Attorney) | 0.3 | $90.00 |
| 10/22-30/12 Correspondences for Client (Staff) | 1.2 | $138.00 |
| 11/12/12 Correspondence for Client (Staff) | 0.2 | $23.00 |
| 11/28/12 Correspondences to Client (Staff) | 0.4 | $46.00 |
| 11/13/12 Draft and File Amended | 0.3 | $90.00 |

| | | |
|---|---|---|
| Schedules B and C (Attorney) | | |
| 11/14/12 Correspondence for Client (Staff) | 0.2 | $23.00 |
| 12/10/12 Draft and File Motion to Modify Plan with Notice of Motion and Cert. of Service (Attorney) | 0.4 | $120.00 |
| 12/10/12 Draft and File Amended Schedules B, C, J, and Statement of Financial Affairs (Attorney) | 0.6 | $180.00 |
| 12/12/12 Review Claims 10-15 (Attorney) | 0.6 | $180.00 |
| 1/2/13 Correspondence for Client (Staff)) | 0.2 | $23.00 |
| 1/2/13 Draft and File Cert. of No Objection, Motion to Modify Plan and Cert. of Service (Attorney) | 0.3 | $90.00 |
| 1/9/13 Correspondence for Client (Staff) | 0.2 | $23.00 |
| | **Subtotal** | **$4,403** |
| | **Courtesy Discount** | **$ 403** |
| | **TOTAL** | **$4,000** |
| | **Less the Amount Paid Before Filing** | **$3,500** |
| | **Total Chapter 13 Attorney Fee Yet To Be Paid at Date of this Application** | **$500** |
| | **Amount to be Added to Plan for MMM Program (See MMM Invoice)** | **$1,000** |
| | **Total Attorney Fee (Chapter 13 + MMM Program) as of Date of Application** | **$1,500** |
| | **Grand Total** | **$5,000** |

Bankruptcy Law Office of Attorney Richard A. Check, S.C.
757 N Broadway, Suite 401
Milwaukee, WI 53202

Invoice for::
File No.:12-376
Daniel A. and Jane M. Paulus
913 Fredonia Avenue
Fredonia, WI 53021

## Mortgage Modification Mediation Program Invoice

| | | |
|---|---|---|
| 10/11/12 Mortgage Modification Mediation Program Start-up/Correspondence to/with Client (Staff) | 1.6 | $184.00 |
| 10/11/12 Open New MMM File Matter (Staff) | 0.6 | $69.00 |
| 11/19/12-11/20/12 Correspondence to Client re: MMM Program (Staff) | 1.0 | $115.00 |
| 9/26/12 File Notice of Motion and Motion to Participate in Mortgage Modification Mediation Program (Attorney) | 0.3 | $90.00 |
| Correspondence for Client (Staff) | 0.2 | $23.00 |
| 10/8/12 Review MMM Consent (Attorney) | 0.4 | $120.00 |
| 10/26/12 Draft and File Certificate of Readiness to Mediate (Attorney) | 0.2 | $60.00 |
| 10/29/12 Review Notice of Appointment of Mediator (Attorney) | 0.1 | $30.00 |
| 11/2/12 Review Stipulation by JP Morgan Chase (Attorney) | 0.1 | $30.00 |
| 11/5/12 Review Order on Stipulation (Attorney) | 0.2 | $60.00 |
| 11/19/12 MMM Teleconference (Attorney) | 0.3 | $90.00 |
| 11/19/12-11/20/12 Correspondence for Client (Staff) | 0.4 | $46.00 |
| 12/18/12 Represent Client in Court/Green Tree Servicing (Attorney) | 1.5 | $450.00 |
| 12/18/12 Notes to File, Meeting with Legal Assistant (Attorney) | 0.2 | $60.00 |
| 12/26/13 Correspondence to Client (Staff) | 0.3 | $57.50 |
| 1/2/13 Correspondence for Client (Staff) | 0.4 | $46.00 |
| 1/8/13 Review Mortgage Mediation-Mediators Report of Results (Attorney) | 0.2 | $60.00 |
| Draft and File Fee Application and Invoices (Staff) | 2.0 | $230.00 |
| | Subtotal | $1,820.50 |
| | Less Courtesy Discount | $820.50 |
| | Total Amount to be Added to Chapter 13 Plan for Mortgage Modification Mediation Program | $1,000 |
| | Grand Total | $1,000 |